# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

JESSE MURO,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

    Defendants.

Case No. 17-cv-00350-JSW

**ORDER TO PLAINTIFF TO SHOW CAUSE WHY EQUIFAX, INC. SHOULD NOT BE DISMISSED FROM SECOND AMENDED COMPLAINT**

Re: Dkt. No. 24

On March 20, 2017, Plaintiff voluntarily dismissed Equifax, Inc. with prejudice from these proceedings. (Dkt. No. 16.) On April 10, 2017, Plaintiff filed a Second Amended Complaint, in which Equifax, Inc. is named as a Defendant.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why Equifax, Inc. should not be dismissed, based on the prior notice of dismissal. Plaintiff's response to this Order to Show Cause shall be due by April 28, 2017.

**IT IS SO ORDERED.**

Dated: April 19, 2017

_____
JEFFREY S. WHITE
United States District Judge